[No. 29738-8-II.  Division Two.  November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES FRANK LOWERY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00241-7, H. John Hall, J., entered January 10, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 30265-9-II.  Division Two.  November 13, 2003.]

FREDERICK G. JENSEN, *on the relation of Jane Roe, et al.*, *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00539-7, Paula Casey, J., entered July 12, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 47142-2-I.  Division One.  November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EDWARD GILES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01390-1, Michael Hayden, J., entered July 28, 2000. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.

[No. 49988-2-I.  Division One.  November 17, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ARMIN AGUSTIN CUBIAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04050-9, Paris K. Kallas, J., entered February 5, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Schindler, J.